IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN P. RAYNOR,<br><br>        Plaintiff,<br><br>v.<br><br>ASSOCIATED ELECTRIC & GAS SERVICES LIMITED,<br><br>        Defendant. | Civil Action No. 04-1344-SLR |

## ORDER

WHEREAS, plaintiff John P. Raynor and defendant Associated Electric & Gas Services Limited ("AEGIS") have advised the Court that they have agreed to settle the above-captioned action subject to final approval by the Delaware Court of Chancery of the settlement of a related class action pending in that court, In re Emerging Communications, Inc. Shareholders Litig., C.A. No. 16415 (the "Emerging Action"); and

WHEREAS, the Court of Chancery has not yet finally approved the settlement of the Emerging Action;

NOW, THEREFORE, IT IS HEREBY ORDERED, this _____ day of March, 2005, that:

      1.     The telephonic scheduling conference with the Court previously scheduled for 8:30 a.m. on March 22, 2005 is hereby continued until a future date to be set by the Court;

      2.     The parties' obligations to exchange information and to submit a discovery plan to the Court pursuant to the Court's January 26, 2005 Order are hereby stayed until such time as the Court reschedules the telephonic scheduling conference;

- 2 -

3. The date on or before which defendant AEGIS must answer or otherwise move in response to the complaint in this action is hereby extended until June 17, 2005; and

4. The parties shall submit jointly to the Court a written status report concerning the <u>Emerging</u> Action no later than May 31, 2005, and shall submit a written status report to the Court promptly in the event that the proposed settlement of the <u>Emerging</u> Action is finally approved or rejected by the Court of Chancery or otherwise becomes ineffective prior to that date.

                                                                          _____
                                                                          Chief Judge