**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

JOHN P. RAYNOR,                          )
                                         )
                    Plaintiff,           )
                                         )          Civil Action No. 04-1344-SLR
          v.                             )
                                         )
ASSOCIATED ELECTRIC & GAS SERVICES       )
LIMITED,                                 )
                                         )
                    Defendant.           )
                                         )

## ORDER

WHEREAS, plaintiff John P. Raynor and defendant Associated Electric & Gas Services Limited ("AEGIS") have advised the Court that they have agreed to settle the above-captioned action subject to final approval by the Delaware Court of Chancery of the settlement of a related class action pending in that court, In re Emerging Communications, Inc. Shareholders Litig., C.A. No. 16415 (the "Emerging Action"); and

WHEREAS, the Court of Chancery has not yet finally approved the settlement of the Emerging Action;

NOW, THEREFORE, IT IS HEREBY ORDERED, this ___14th___ day of March, 2005, that:

1.      The telephonic scheduling conference with the Court previously scheduled for 8:30 a.m. on March 22, 2005 is hereby continued until a future date to be set by the Court;

2.      The parties' obligations to exchange information and to submit a discovery plan to the Court pursuant to the Court's January 26, 2005 Order are hereby stayed until such time as the Court reschedules the telephonic scheduling conference;

3.    The date on or before which defendant AEGIS must answer or otherwise move in response to the complaint in this action is hereby extended until June 17, 2005; and

4.    The parties shall submit jointly to the Court a written status report concerning the Emerging Action no later than May 31, 2005, and shall submit a written status report to the Court promptly in the event that the proposed settlement of the Emerging Action is finally approved or rejected by the Court of Chancery or otherwise becomes ineffective prior to that date.

_____
Chief Judge