IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN P. RAYNOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASSOCIATED ELECTRIC & GAS SERVICES )<br>LIMITED, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-1344-SLR |

## ORDER

WHEREAS, plaintiff John P. Raynor and defendant Associated Electric & Gas Services Limited ("AEGIS") have advised the Court that they have agreed to settle the above-captioned action subject to final approval by the Delaware Court of Chancery of the settlement of a related class action pending in that court, In re Emerging Communications, Inc. Shareholders Litig., C.A. No. 16415 (the "Emerging Action"); and

WHEREAS, the parties have further advised the Court that on May 20, 2005, counsel for the class plaintiffs in the Emerging Action requested that the Court of Chancery set a date for a hearing to consider the fairness of the settlement of the Emerging Action; and

WHEREAS, the Court of Chancery has not yet finally approved the settlement of the Emerging Action;

NOW, THEREFORE, IT IS HEREBY ORDERED, this ___ day of _June_, 2005, that:

1. Paragraphs 1 and 2 of the Court's March 14, 2005 Order shall remain in effect and are expressly incorporated herein;

- 2 -

2. The parties shall submit jointly to the Court a written status report concerning the <u>Emerging</u> Action no later than August 31, 2005, and shall submit a written status report to the Court promptly in the event that the proposed settlement of the <u>Emerging</u> Action is rejected by the Court of Chancery or otherwise becomes ineffective prior to that date; and

3. The date on or before which defendant AEGIS must answer or otherwise move in response to the complaint in this action is hereby further extended until the date 30 days after filing of written notice to the Court that the settlement of the <u>Emerging</u> Action has been rejected by the Court of Chancery or otherwise has become ineffective.

_____
Chief Judge