# Buchanan Ingersoll PC

ATTORNEYS

**Thad J. Bracegirdle**
302 428 5555
bracegirdletj@bipc.com

The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE  19801-1236

T  302 428 5500
F  302 428 3996

www.buchananingersoll.com

June 6, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    <u>Raynor v. Assoc. Elec. & Gas Services Ltd., C.A. No. 04-1344-SLR</u>

Dear Chief Judge Robinson:

      As a follow-up to my letter of May 27, 2005, I write to inform the Court that on June 1, 2005, Justice Jacobs entered the enclosed Scheduling Order setting a hearing date of August 2, 2005 to consider the fairness of the proposed settlement of *In re Emerging Communications, Inc. Shareholders Litig.*, Del. Ch., C.A. No. 16415.  Following this settlement hearing, counsel will provide a further status report in accordance with the Court's June 2, 2005 Order in this action.

      If Your Honor has any questions concerning this matter, counsel for the parties are available at the convenience of the Court.

      Respectfully,

      Thad J. Bracegirdle

Enclosures

cc: Clerk of the Court (via e-filing, w/encl.)
    Barry M. Klayman, Esquire (via hand delivery and e-filing, w/encl.)

#713538-v1