IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN P. RAYNOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-1344-SLR ) |
| ASSOCIATED ELECTRIC & GAS SERVICES LIMITED, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice his Complaint against Defendant. Each party is to bear their own fees and costs.

BUCHANAN INGERSOLL PC

_/s/_____
David E. Wilks (No. 2793)
Thad J. Bracegirdle (No. 3691)
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, Delaware 19801
(302) 428-5500

Attorneys for Plaintiff

Dated: __August 4__, 2005

#720253-v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 4, 2005, I electronically filed the foregoing Notice of Voluntary Dismissal with Prejudice with the Clerk of Court using CM/ECF, which will send notification of such filing to the following counsel of record:

Barry M. Klayman, Esquire
Wolf, Block, Schorr & Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801
bklayman@wolfblock.com

Thad J. Bracegirdle (No. 3691)